# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| SHANNON CARTER, | Case No. 3:16-cv-00481-MMD-CBC |
| --- | --- |
| Plaintiff, | ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE CARLA BALDWIN CARRY |
| v. | |
| RENEE BAKER, *et. al.,* | |
| Defendants. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla Baldwin Carry (ECF No. 52) ("R&R") recommending denial of Plaintiff Shannon Carter's motions for a temporary restraining order and for preliminary injunction ("Motions") (ECF Nos. 35, 36). Plaintiff had until January 22, 2019 to object to the R&R. (ECF No. 52.) To date, no objection to the R&R has been filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in

*Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review*. See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

The Magistrate Judge recommends denying Plaintiff's Motions based on his failure to show a likelihood of success on the merits of his claims. (ECF No. 52.) The Court has reviewed the briefs relating to the Motion and the R&R and agrees with the Magistrate Judge's recommendation.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge Carla Baldwin Carry (ECF No. 52) is accepted and adopted in its entirety.

It is further ordered that Plaintiff's motions for a temporary restraining order and for preliminary injunction (ECF Nos. 35, 36) are denied.

DATED THIS 29th day of January 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE