AARON D. FORD
Attorney General
HEATHER B. ZANA (Bar No. 8734)
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1261
E-mail: hzana@ag.nv.gov

*Attorneys for Defendants
Renee Baker, Harold Byrne,
James Dzurenda, and Sheryl Foster*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON CARTER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RENEE BAKER, et al.,<br><br>　　　　Defendants. | CASE NO. 3:16-CV-00481-MMD-VPC<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　Plaintiff Shannon Carter *pro se*, and Defendants Renee Baker, Harold Byrne, James Dzurenda, and Sheryl Foster, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Heather B. Zana, Deputy Attorney General, hereby stipulate and agree to dismiss the above-captioned matter with prejudice. Each party will bear their own attorney fees and costs. This stipulation is made and based on a Settlement Agreement reached by the parties. The parties further state that they have resolved this matter in its entirety,

///
///
///

and that the Court may accordingly close the case.

DATED this 6 day of February, 2019.   DATED this 6 day of February, 2019.

AARON D. FORD
Attorney General

By: /s/ *[signature]*   By: /s/ *[signature]*
SHANNON CARTER   HEATHER B. ZANA, ESQ.
*Pro Se* Plaintiff   Nevada Bar No. 8734
100 N. Carson Street
Carson City, NV 89701-4717
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.** The matter is DISMISSED WITH PREJUDICE, and the Clerk is directed to close the case.

DATED February 6, 2019.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 6th day of February, 2019, I caused to be deposited for mailing in the U.S. Mail a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUUDICE**, to the following:

Shannon Carter, #70773
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070

/s/ Lauri Penny
An employee of the
Office of the Attorney General

2